1

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Louisiana

Jason J. Spikes

v.

22nd Clerk of Court
Johnny D. Cran Jr.
22nd Deputy Clerk of Court
Tammy Speers

**22-0915**
**SECT. J MAG. 2**

Case No.

Petition For A Writ Of Habeas Corpus Under 28 U.S.C. § 2241

28 USCA § 1651

28 USCA § 1367  Spikes vs. Louisiana 18-08884 Eastern District of Louisiana

## Personal Information

1. (a) Your full name: Jason Jarrell Spikes
   (b) Other names you have used: Jason Jarrell Hughes

2. Place of confinement:
   (a) Name of institution: Rayburn Correctional Center
   (b) Address: 27268 Hwy 21 Angie LA 70426
   (c) Your identification number: 537025

3. Are you currently being held on orders by: State authorities

4. Are you currently:
   Serving a sentence (incarceration, parole, probation, etc.) after having been

TENDERED FOR FILING

APR 05 2022

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Fee ___Pauper___
___ Process_____
X_ Dktd_____
___ CtRmDep_____
___ Doc.No._____

2.

convicted of a crime

If you are currently serving a sentence, provide:
(a) Name and location of the court that sentenced you: 22ND Judicial District
Court Washington Parish P.O. Box 607 Franklinton, LA 70438-0607
(b) Docket number of criminal case: # 16-CR6-129868
(c) Date of sentencing: June 26, 2017

Decision or Action You Are Challenging

5. What are you challenging in this petition:
Other: Withholding of Public Records

6. Provide more information about the decision or action you are challenging
(a) Name and location of the agency or court: 22ND Judicial District Court
Washington Parish P.O. Box 607 Franklinton, LA 70438-0607
(b) Docket number, case number, or opinion number; # 16-CR6-131275
(c) Decision or action you are challenging: Withholding of Public Records
(d) Date of the decision or action: I haven't filed yet

Your Earlier Challenges of the Decision or Action

7. First appeal
Did you appeal the decision, file a grievance, or seek an administrative remedy? No
(b) If you answered "No," explain why you did not appeal: I haven't got to
the point of filing to appeal

8. Second appeal
After the first appeal, did you file a second appeal to a higher authority,
agency, or court? No

3.

(b) If you answered "No," explain why you did not file a second appeal. I haven't gotten to the point of filing to appeal.

9. I don't need to file

10. I don't need to file

11. I don't need to file

12. I don't need to file

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: 5th and 14th Amendments
(a) Supporting facts. Judge William Burns granted my motion to produce documents. Tammy Spears is giving me what she want to give me and isn't going thrw the counselor that was assigned to me.
(b) Did you present Ground One in all appeals that were available to you?
No

GROUND TWO: 5th and 14th Amendments
(a) Supporting facts: Johnny D. Crain, Jr. vicarious liability, meaning indirect liability, although the supervisor did not have a direct intent to violate

the right of the plaintiff, through negligence the act took place.

(b) Did you present Grand Two in all appeals that were available to you? No

14. If there are any grands that you did not present in all appeals that were available to you, explain why you did not. I cant file into the district court to get an answer on a motion, because I'm backed up and if I mail it to the district-court it's not going to get put on the docket. So, I have to wait until I get out to make sure it get put on the docket in the district court so I can appeal.

## Request for Relief

15. State exactly what you want the court to do. Civil, Criminal, and Administrative Liabilities

Declaration Under Penalty Of Pegury

If you are incarcerated, on what date did you place this petition in the prison mail system: 03-07-2022

I declare under penalty of pyjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for pyjury

Date: 03-07-2022                    Jason Spelber

US POSTAGE—when mailed

ZIP 70426 $001.76⁰
02 4M
0001037475B APR. 2022

NOT CENSORED
Not Responsible for Contents

APR 0 2 2022

Rayburn Correctional Center

Eastern District of Louisiana

500 Poydras St.

New Orleans, LA 70130

Jason J. Spikes
#537025
R.C.C.
27268 Hwy 21 N
Angie, LA 70426

Signature Should Match Tape
If Not
Tampered With