UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JASON J. SPIKES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-915** |
| **JOHNNY D. CRAIN, JR., ET AL.** | **SECTION I** |

## ORDER

Before this Court is petitioner, Jason Jarrell Spikes' ("petitioner"), federal habeas corpus application[1] pursuant to 28 U.S.C. § 2241. As in petitioner's previous applications for a writ of habeas corpus,[2] this application pertains to petitioner's Louisiana state conviction for possession or introduction of contraband in a state correctional institution, and petitioner's application in this case is nearly identical to applications this Court has previously dismissed with prejudice.[3] Accordingly,

**IT IS ORDERED** that petitioner's application seeking federal habeas corpus relief pursuant to 28 U.S.C. § 2241 is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, September 6, 2022.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　LANCE M. AFRICK
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 1.
[2] *See* E.D. La. Case No. 22-587 c/w Case Nos. 22-473, 22-588, 22-589, 22-663, 22-664, 22-665, and 22-742.
[3] *See id.*, R. Doc. Nos. 10 (order and reasons) and 11 (judgment).