UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JASON J. SPIKES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 22-915** |
| **JOHNNY D. CRAIN, JR., ET AL.** | **SECTION I** |

## JUDGMENT

On this date, the Court issued an order and reasons denying the petitioner, Jason Jarrell Spikes' ("petitioner"), federal habeas corpus application[1] pursuant to 28 U.S.C. § 2241. Accordingly,

**IT IS ORDERED** that petitioner's application seeking federal habeas corpus relief pursuant to 28 U.S.C. § 2241 is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, September 6, 2022.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 1.